Order issued October 2̸9̸ , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

No. 05-12-00156-CV

---

**COLONIAL MUTUAL INSURANCE CO., ET AL., Appellants**

**V.**

**GREGORY DUANE FRAZIER, TRUSTEE OF THE R & P ARLEDGE CHILDREN'S TRUST, AS SOLE SHAREHOLDER AND BENEFICIAL OWNER OF THE ASSETS OF EXPRESSWAY FINANCIAL, INC., Appellee**

---

## ORDER

---

We **GRANT** appellants' October 23, 2012 unopposed motion for an extension of time to file a reply brief. Appellants shall file their reply brief on or before November 13, 2012.

CAROLYN WRIGHT
CHIEF JUSTICE